# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CR-22-113-G |
| | ) |
| **JAMARA HENDRATTA HENNINGS,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is Defendant Jamara Hendratta Hennings' Motion for Travel Expenses Pursuant to 18 U.S.C. § 4285 (Doc. No. 28) and Supplement thereto (Doc. No. 30). The Motion states that the Government is opposed to the relief sought by Defendant; no response to the Motion has been filed by the Government, however.

The Court finds that Defendant has been released from custody on condition of her subsequent appearance in this Court. The Court further finds that Defendant is financially unable to provide the necessary transportation to appear before the United States District Court for the Western District of Oklahoma for her change-of-plea hearing in the above-captioned case, which is scheduled for 2:00 p.m. on October 4, 2022. For good cause shown and in the interests of justice, Defendant's Motion is GRANTED IN PART and DENIED IN PART.

IT IS THE ORDER OF THE COURT that the United States Marshals Service shall furnish to Defendant the one-way fare for transportation from Defendant's residence in

Ohio to Oklahoma City, Oklahoma, to appear before this Court on the date and at the time above, in accordance with the United States Marshals Service's established policies.

IT IS FURTHER ORDERED THAT the United States Marshals Service shall furnish to Defendant an adequate amount of money for subsistence expenses while in transit to her destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

Defendant's requests for subsistence funds for her stay during the court proceedings and for travel funds for a return trip to her residence are DENIED. *See* 18 U.S.C. § 4285 (prescribing that the court may direct that the fare be furnished for transportation "to the place where [an] appearance is required" and for subsistence expenses "to [the defendant's] destination"); *see also United States v. Buntyn*, No. 1:20-cr-00708, 2022 WL 4103979, at *1 (D.N.M. Sept. 8, 2022).

IT IS SO ORDERED this 12th day of September, 2022.

_____
CHARLES B. GOODWIN
United States District Judge